People v Sanders (2025 NY Slip Op 51998(U))

[*1]

People v Sanders (Kevin)

2025 NY Slip Op 51998(U)

Decided on December 15, 2025

Appellate Term, First Department

Published by New York State Law Reporting Bureau pursuant to Judiciary Law § 431.

This opinion is uncorrected and will not be published in the printed Official Reports.

Decided on December 15, 2025
SUPREME COURT, APPELLATE TERM, FIRST DEPARTMENT

PRESENT: Brigantti, J.P., Perez, Alpert, JJ.

570233/21

The People of the State of New York, Respondent, 
against
Kevin Sanders, Defendant-Appellant.

Defendant appeals from a judgment of the Criminal Court of the City of New York, Bronx County (Margaret W. Martin, J.), rendered November 15, 2021, convicting him, upon his plea of guilty, of driving while intoxicated, and imposing sentence.

Per Curiam.
Judgment of conviction (Margaret W. Martin, J.), rendered November 15, 2021, affirmed.
The court properly denied defendant's suppression motion. There is no basis for disturbing the court's credibility determinations, including its evaluation of ambiguities in testimony (see People v Prochilo, 41 NY2d 759, 761 [1977]). "[T]he determination of the hearing court, which actually saw and heard the witnesses testify, is entitled to deference, and it is not our practice to substitute our own fact-findings for those under review unless the latter are plainly unjustified or clearly erroneous" (People v Martin, 112 AD3d 453, 454 [2013], quoting People v Greene, 84 AD3d 540, 541 [2011][internal quotations and citation omitted]). Such is not the case here.
The hearing evidence established that police had probable cause to arrest defendant for driving while intoxicated. Defendant was observed exiting the driver's side of a vehicle that collided with a parked car at approximately 2:30 a.m. Defendant admitted that he was the driver of the vehicle, the engine was still running and the ignition push button was engaged. Defendant also exhibited signs of intoxication, including bloodshot and watery eyes, an odor of alcohol on his breath and he was unsteady on his feet (see People v Johnson, 140 AD3d 978, 979 [2016], lv denied 28 NY3d 931 [2016]).
THIS CONSTITUTES THE DECISION AND ORDER OF THE COURT.
I concur I concur I concur
Decision Date: December 15, 2025